IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PHILLIP C. HAYES, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: |
| | | (Removed from District Court for Anne Arundel County, Case No. D-07-CV-16-007956) |
| CHASE BANK USA, N.A., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL
### (Federal Question Jurisdiction)

Defendant, Chase Bank USA, N.A. (incorrectly sued as Chase Credit Services) ("Chase"), by and through its undersigned counsel, hereby provides Notice pursuant to 28 U.S.C. §§ 1441 and 1446 of its removal of the above-captioned case from the District Court for Anne Arundel County to the United States District Court for the District of Maryland. Removal is based on 28 U.S.C. § 1331 (federal jurisdiction) with 28 U.S.C. § 1367 (supplemental jurisdiction). As grounds for removal, Chase states the following:

1. On or about August 30, 2016, Plaintiff Phillip C. Hayes ("Plaintiff") commenced this action against Chase by filing a Complaint in the District Court for Anne Arundel County (the "State Court Action"). The State Court Action was assigned Case No. D-07-CV-16-007956. Relevant to this Notice, Plaintiff asserts in the Complaint that Chase allegedly violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, *et seq.* and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* in connection with the credit card account Plaintiff had with Chase.

2. Removal to this Court is proper. Pursuant to 28 U.S.C. §§ 1446(a) and 1441(a), this Notice of Removal is being filed in the United States District Court for the District of Maryland, Northern Division, which is the federal district court embracing the state court where the State Court Action was filed.

3. Removal is timely. Chase received a copy of the Complaint and the original summons on September 7, 2016. This Notice of Removal is being filed with the United States District Court for the District of Maryland, Northern Division on September 30, 2016, within the statutory period set forth in 28 U.S.C. § 1446(b).

4. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

5. All procedural requirements have been met.

   a. Contemporaneously filed herewith are copies of all "process, pleadings and orders served upon" or received by Chase in the State Court Action, and which are attached hereto as <u>Exhibit A</u>. *See* 28 U.S.C. § 1446(a); Local Rule 103(5)(a).

   b. Attached hereto as <u>Exhibit B</u> is a copy of the Notice of Filing Notice of Removal that Chase will file in the District Court for Anne Arundel County, Maryland, and will promptly serve upon Plaintiff.

6. This Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441(a), "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division

embracing the place where such action is pending." 28 U.S.C. § 1441(a). Additionally, pursuant to 28 U.S.C. § 1441(b), "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removed without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

7. Chase is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441. Plaintiff's assertion of claims under the FDCPA and the FCRA renders this suit one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

8. To the extent that the Complaint asserts claims that do not involve the FDCPA or the FCRA, this Court has supplemental jurisdiction over all such claims pursuant to 28 U.S.C. §§ 1367(a) and 1441(c).

WHEREFORE, having satisfied all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including the presence of all jurisdictional requirements established by 28 U.S.C. § 1331, Defendant, Chase Bank USA, N.A., respectfully serves notice that the above-referenced civil action, now pending in the District Court for Anne Arundel County, Maryland is removed therefrom to the United States District Court for the District of Maryland.

Respectfully submitted,

| | |
|---|---|
| E. Hutchinson Robbins, Jr. (Fed. Bar No. 11927) | Zachary S. Schultz (Fed. Bar No. 03927) |
| MILES & STOCKBRIDGE P.C. | MILES & STOCKBRIDGE P.C. |
| 100 Light Street | 100 Light Street |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| Tel: (410) 727-6464 | Tel: (410) 727-6464 |
| erobbins@milesstockbridge.com | zschultz@milesstockbridge.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *Chase Bank USA, N.A.* | *Chase Bank USA, N.A.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September, 2016, a copy of the foregoing Notice of Removal was served via first-class mail, postage prepaid, to:

Phillip C. Hayes
P.O. Box 151
Glen Burnie, MD 21060
*Plaintiff*

_____
Zachary S. Schultz